PROB 12C
(6/16)

Report Date: December 1, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Javier G Flores | Case Number: 0980 2:17CR00092-RMP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Pasco, Washington 99301 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: March 5, 2019

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Original Sentence: | Prison - 86 months; TSR - 60 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Jeffrey S. Niesen |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 6, 2022

Date Supervision Expires: July 5, 2027

---

### PETITIONING THE COURT

To issue a warrant.

Javier Flores commenced supervised release on July 6, 2022. He reported on July 11, 2022, at which time his conditions of supervision were reviewed with and accepted by Mr. Flores.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Javier Flores is considered to be in violation of his conditions of supervised release by testing positive for tetrahydrocannabinol (THC) on November 3, 2022. |
| | Mr. Flores has been calling the drug testing hotline at Merit Resource Services (Merit) since July 12, 2022, with an assigned color of brown. He was directed to call the color line daily and if his color is called, to report to Merit's office and submit a drug test. |
| | Merit sent a notice to the undersigned on November 9, 2022, that a drug test was submitted by Mr. Flores on November 3, 2022, which tested presumptively positive for THC, the psychoactive ingredient in marijuana. The sample was sent to Abbott Laboratories for |

confirmation. On November 9, 2022, Abbott Laboratories reported the sample was positive for THC.

Mr. Flores was contacted by telephone on November 17, 2022. He did not admit to consuming marijuana, but did admit to using a vape pen to smoke cannabidiol (CBD).

2    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions form the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Javier Flores is considered to be in violation of his conditions of supervised release by failing to report as instructed since November 17, 2022.

The last contact the undersigned had with Mr. Flores was on November 17, 2022, by telephone. During this conversation, Mr. Flores was directed to report weekly by telephone on Monday's due to receiving information about the positive drug test. He was also instructed to complete a substance abuse assessment at Merit. Mr. Flores failed to contact the undersigned as directed by telephone. Attempts to contact Mr. Flores on November 29, 2022, by telephone; and November 30, 2022, at his provided residence, were unsuccessful.

3    **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Javier Flores is considered to be in violation of his conditions of supervised release by failing to attend a random drug test at Merit on November 28, 2022.

Merit notified the undersigned on November 29, 2022, that Mr. Flores was not present for a drug test on November 28, 2022, when the color brown was called. Mr. Flores was referred to the drug testing hotline at Merit on July 12, 2022. He signed the order form indicating he understood to contact Merit's drug testing phone number daily, and to report when the color brown was called.

4    **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Javier Flores is considered to be in violation of his conditions of supervised release by failing to complete a substance abuse evaluation at Merit by December 1, 2022.

During telephone contact with Mr. Flores on November 17, 2022, he was directed to complete a substance abuse evaluation at Merit by the first week of December 2022. He was directed to complete this assessment due to his positive drug test for THC. As of the date of this report, Mr. Flores has not contacted the undersigned to advise of having completed or scheduled an evaluation with Merit. As his whereabouts is currently unknown, it does not appear Mr. Flores will be able to complete this evaluation as directed.

Prob12C
Re: Flores, Javier G
December 1, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/1/2022

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

12/01/2022

Date