PROB 12C
(6/16)

Report Date: August 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier G Flores    Case Number: 0980 2:17CR00092-RMP-1

Address of Offender: ███████, Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: March 5, 2019

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) |
| Original Sentence: | Prison - 86 months; TSR - 60 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | July 6, 2022 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | July 5, 2027 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/1/2022 and 7/5/2023.

Javier Flores commenced supervised release on July 6, 2022. He reported on July 11, 2022, at which time his conditions of supervision were reviewed with and accepted by Mr. Flores.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Javier Flores is considered to be in violation of his conditions of supervised release by failing to report for random drug testing at Merit Resource Services (Merit) on July 11 and 27, 2023. |
| | Mr. Flores is being randomly tested for controlled substances at Merit. He is to call the drug testing line daily and report to Merit and submit a drug test when the color gold is called. Merit reported Mr. Flores missed reporting for drug testing on July 11 and 27, 2023. Mr. Flores did not contact his probation officer with a reason for missing the drug tests. |

Prob12C
**Re: Flores, Javier G**
**August 1, 2023**
Page 2

| | |
|---|---|
| 7 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions form the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Javier Flores is considered to be in violation of his conditions of supervised release by failing to report to the probation office as instructed on July 28, 2023.

As noted in violation 6, Mr. Flores missed reporting to Merit for his random drug test. On July 28, 2023, after being notified of the missed test, the undersigned officer attempted to contact Mr. Flores via phone at 1:35 p.m. Mr. Flores did not answer the phone and a voice mail was left instructing him to contact this officer before 4:30 p.m. this same day to discuss the missed test. This officer also followed up and sent a text message to Mr. Flores on this same date at approximately 1:37 p.m. The text message was registered as "read;" however, Mr. Flores did not contact this officer as instructed.

8    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Javier Flores is considered to be in violation of his conditions of supervised release by failing to report to the probation office as instructed on August 1, 2023.

Mr. Flores had a scheduled mental health counseling appointment at Riverview Counseling and Consulting on August 1, 2023, at 2 p.m. The undersigned officer spoke with Mr. Flores' counselor, Connie Cummings, by phone on July 31, 2023, to discuss his compliance with his counseling appointments, and his lack of contact with this officer. Ms. Cummings agreed to remind Mr. Flores to report to this officer after their scheduled appointment on August 1, 2023.

On August 1, 2023, the undersigned called his counselor at approximately 3:15 p.m. to verify if Mr. Flores was done with their appointment and on his way to the probation office. Ms. Cummings advised due to Mr. Flores needing to speak to his attorney by phone prior their appointment, they did not meet in person, but rather had a telephonic meeting on this date and they were done at 3 p.m. She also indicated she did remind Mr. Flores to call this officer after their appointment. Mr. Flores failed to contact this officer as instructed.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/01/2023

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

Prob12C
Re: Flores, Javier G
August 1, 2023
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

8/2/2023
Date