PROB 12C
(6/16)

Report Date: July 5, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Javier G Flores | Case Number: 0980 2:17CR00092-RMP-1 |
| Address of Offender: ▮▮▮▮▮ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge | |
| Date of Original Sentence: March 5, 2019 | |
| Original Offense: | Distribution of 50 Grams of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) |
| Original Sentence: Prison - 86 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: July 6, 2022 |
| Defense Attorney: Jeffrey S. Niesen | Date Supervision Expires: July 5, 2027 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/1/2022.

Javier Flores commenced supervised release on July 6, 2022. He reported on July 11, 2022, at which time his conditions of supervision were reviewed with and accepted by Mr. Flores.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Javier Flores is considered to be in violation of his conditions of supervised release by failing to report for random drug testing at Merit Resource Services (Merit) on May 23, June 7, and June 15, 2023. |
| | After Mr. Flores' court hearing on April 4, 2023, he contacted Merit and was told his file was closed. Attempts to contact Mr. Flores by phone were unsuccessful until April 19, 2023. During this telephone conversation, Mr. Flores was directed to continue calling the drug testing hotline at Merit and although his treatment file was closed, drug testing was still active. |

Prob12C
Re: Flores, Javier G
July 5, 2023
Page 2

Mr. Flores is being randomly tested for controlled substances at Merit. He is to call the drug testing line daily and report to Merit and submit a drug test when the color gold is called. Merit reported Mr. Flores missed reporting for drug testing on May 23, June 7, and June 15, 2023.

Attempts by the undersigned to contact Mr. Flores have been unsuccessful. Mr. Flores does not answer his phone when he is working and has not been responding to text messages. He does call, but always after business hours when the undersigned officer is not available. The last voice mail message was received from Mr. Flores on June 27, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/06/2023

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [x] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanne Malouf Peterson*

Signature of Judicial Officer

7/10/2023

Date