PROB 12C
(6/16)

Report Date: October 11, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 11, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Javier G Flores | Case Number: 0980 2:17CR00092-RMP-1 |
| Address of Offender:  Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge | |
| Date of Original Sentence: March 5, 2019 | |
| Original Offense: | Distribution of 50 Grams of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) |
| Original Sentence: Prison - 86 months  TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: July 6, 2022 |
| Defense Attorney: Justin Lonergan | Date Supervision Expires: July 5, 2027 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/1/2022, 07/05/2023, and 08/01/2023.

Javier Flores commenced supervised release on July 6, 2022. He reported on July 11, 2022, at which time his conditions of supervision were reviewed with and accepted by Mr. Flores.

Mr. Flores released from confinement on August 30, 2023, at which time he was placed on global positioning system (GPS) equipment and informed he would be on home detention requiring a probation officer's approval for him to leave his residence. On September 7, 2023, his order of release with additional conditions were reviewed with and accepted by Mr. Flores.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #3(b)**: Defendant's supervised release shall be continued under all previously imposed terms and conditions. In addition, Defendant shall: check in with his supervising probation officer weekly, at a time and manner directed by that officer, with no exceptions.  <br><br>**Supporting Evidence**: Mr. Flores is considered to be in violation of his conditions of supervised release by failing to report as directed on October 5 and 6, 2023. |

Prob12C
Re: Flores, Javier G
October 11, 2023
Page 2

Mr. Flores' boss contacted the undersigned officer on October 2, 2023, and asked if Mr. Flores' report day could be changed. It was explained to Mr. Flores' boss that he is required to report in person to the probation office weekly by a court order. It was agreed upon with his boss that having Mr. Flores report on October 5, 2023, would help the employer as they had nobody to cover for Mr. Flores on October 2, 2023, and having him report a few days later would give him time to find somebody to take over Mr. Flores' driving shift. Mr. Flores was notified by text message that he was to report Thursday, October 5, 2023, at 3 p.m. Mr. Flores responded to this text message advising he received the message.

The undersigned officer contacted Mr. Flores by text message on October 5, 2023, at 3:27 p.m. asking where he was. Mr. Flores responded that he was in a canyon going into Kennewick, but he was in a little car accident and was on the side of the road and that it was not his fault. A review of GPS mapping indicated Mr. Flores did not leave his place of employment until approximately 3:12 p.m. He was directed to report to the probation office on October 6, 2023, at 8 a.m. and to provide proof of the accident. A "read" notice was indicated after the last text message the undersigned sent to Mr. Flores, indicated he had received and read the message.

On October 6, 2023, Mr. Flores sent the undersigned a text message at 7:41 a.m. that he thought he read he was to report at 3 p.m. and that he was working. Mr. Flores failed to report as directed.

| | |
|---|---|
| 10 | **Special Condition # 3(c)**: Defendant's supervised release shall be continued under all previously imposed terms and conditions. In addition, Defendant shall: Defendant is restricted to his residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment. |

**Supporting Evidence**: Mr. Flores is considered to be in violation of his conditions of supervised release by leaving his residence without approval on October 10, 2023.

Upon daily review of GPS mapping points, Mr. Flores was observed to have left his home on October 10, 2023, at 8:28 p.m. and returning at 8:31 p.m. According to GPS mapping, Mr. Flores was traveling south from his home on Road 44 in Pasco, Washington, to the 7-11 convenience store located on the corner of Road 44 and Court Street.

Mr. Flores again left his residence at 9:19 p.m. and was observed traveling south from his home on Road 44 in Pasco, Washington, at approximately 25 miles per hour, and went to the 7-11 convenience store.

Mr. Flores was contacted by text message on October 11, 2023, and asked where he went the previous evening. He responded that he did not go anywhere but he was going up and down the street trying out his son's electric scooter.

| | |
|---|---|
| 11 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C

Re: Flores, Javier G
October 11, 2023
Page 3

**Supporting Evidence**: Mr. Flores is considered to be in violation of his conditions of supervised release by using a controlled substance, marijuana, on or about September 18, 2023, and submitting diluted urinalysis samples on September 18 and 25, 2023.

Mr. Flores reported to the U.S. Probation Office on September 18, 2023. He submitted a urine sample which tested presumptively positive for marijuana. This sample was sent to Abbott Laboratories (Abbott) for confirmation. Abbott reported on September 26, 2023, this sample was positive for marijuana but was also a dilute sample due to abnormal creatinine levels.

Mr. Flores submitted another urine sample on September 25, 2023, which tested presumptively positive for marijuana. This sample was sent to Abbott for confirmation. Abbott reported this sample was positive for marijuana but was also a dilute sample due to abnormal creatinine and specific gravity levels.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/11/2023

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/11/2023
Date