PROB 12C
(6/16)

Report Date: November 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 22, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier G Flores                  Case Number: 0980 2:17CR00092-RMP-1

Address of Offender:           Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: March 5, 2019

Original Offense:        Distribution of 50 Grams of Pure (Actual) Methamphetamine,
                         21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Original Sentence:       Prison - 86 months;           Type of Supervision: Supervised Release
                         TSR - 60 months

Revocation Sentence:     Prison- 2 months;
(November 1, 2023)       TSR- 58 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard         Date Supervision Commenced: November 17, 2023

Defense Attorney:        Justin Lonergan              Date Supervision Expires: September 16, 2028

## PETITIONING THE COURT

To issue a warrant.

Mr. Flores has not made himself available for supervision; however, the Court reviewed conditions at the time of sentencing with Mr. Flores.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame. |

**Supporting Evidence**: Mr. Flores is considered to be in violation of his term of supervised released by failing to report to United States Probation as directed, on or about November 21, 2023.

On November 17, 2023, Mr. Flores released from Spokane County Jail. Mr. Flores made telephone contact with United States Probation office in Richland, Washington, informing the duty officer of his release from Spokane County Jail. The undersigned officer was

Prob12C
Re: Flores, Javier G
November 22, 2023
Page 2

informed of this matter and made telephone contact with Mr. Flores. The undersigned officer gave Mr. Flores reporting instructions during the telephone contact as well as, sent Mr. Flores a text message directing him to report to the United States Probation office in Richland on Tuesday, November 21, 2023, at 10 a.m.

On November 20, 2023, Mr. Flores made telephone contact with the undersigned officer informing him that he tested positive for COVID-19. The undersigned officer directed Mr. Flores to bring medical documents to his office visit on November 21, 2023, as a form of verification. Mr. Flores acknowledged, stating he understood and agreed that he would report to his scheduled office visit.

On November 21, 2023, Mr. Flores sent a text message to the undersigned officer informing, "I'm at the doctors running a little late I'm real sick also." The undersigned officer acknowledged and made it clear to Mr. Flores that he was to still report as scheduled. Mr. Flores failed to report to the probation office as required.

After several attempts from the undersigned officer to contact Mr. Flores by telephone and text message; no responses or phone calls were received from Mr. Flores. He has not made any attempts to contact the United States Probation Office. At this time, Mr. Flores's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 22, 2023

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Rosanne Malouf Peterson*

Signature of Judicial Officer

11/22/2023
Date